**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES**                                                                              **PLAINTIFF**

V.                       **CASE NO. 5:20-CR-50052**

**CODI DANNELL BATES**                                            **DEFENDANT**

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On August 20, 2024, the Court held a revocation hearing as to Defendant Codi Dannell Bates. During the hearing, she admitted to twenty violations of the terms of supervised release; however, after considering the facts and circumstances of these violations, the Court decided to take them under advisement, add additional special conditions to Ms. Bates's period of supervised release, and schedule a follow-up status hearing in six months. The follow-up hearing will be set by separate order.

First, Ms. Bates is reminded that while on supervised release, all general and special conditions previously imposed will remain in place. Second, she is further reminded that her remaining restitution balance is to be paid in installments of $600 per month OR 15% of her net monthly household income, *whichever is greater*. Beyond the monthly payments, the Court further **ORDERS** Ms. Bates to pay at least $100,000 toward her restitution balance within six months, or by the date of the next status hearing; failing to make this lump-sum payment as ordered will likely result in the Court revoking her term of supervised release and imposing sentence at the status hearing.

**IT IS FURTHER ORDERED** that Ms. Bates shall:

(1) submit to at least weekly drug testing, with the possibility of more frequent testing if directed by U.S. Probation;

(2) wear a sweat patch;

(3) obtain a forty-hour-per-week job with a third-party employer for W-2 wages. This job must be secured within sixty days of today's date; and

(4) continue attending MRT classes as part of her rehabilitation therapy and treatment.

**IT IS FURTHER ORDERED** that Ms. Bates be removed from FOCUS Court because of repeated non-compliance with the conditions of supervised release.

**IT IS SO ORDERED** on this 23rd day of August, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE